**Opinion issued March 25, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-25-00191-CR**
_____

**IN RE BILLY BOND, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Billy Bond, incarcerated and proceeding pro se, filed a petition for writ of mandamus requesting that this Court "direct[] the 198th District Court, respondent, to release the [a]ppellate [r]ecord in Cause Number B96-229, styled *The State of Texas v. Billy Bond*, in which relator is charged with [a]ggravated [s]exual [assault]."

We dismiss for lack of jurisdiction.

The State of Texas is divided into fifteen courts of appeals districts. This Court's district "is composed of the counties of Austin, Brazoria, Chambers, Colorado, Fort Bend, Galveston, Grimes, Harris, Waller, and Washington." TEX. GOV'T CODE ANN. § 22.201(a)-(b). The 198th District Court is located in Kerr County, Texas. Kerr County is within the district of the Fourth Court of Appeals located in San Antonio, Texas. *See* TEX. GOV'T CODE ANN. § 22.201(k).

This Court lacks jurisdiction to consider a petition for writ of mandamus seeking to compel an action by a trial court of a county not within this Court's district. *See* TEX. GOV'T CODE ANN. § 22.221(b) (providing that courts of appeals may issues writs of mandamus "against a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district"); *In re Johnson*, 279 S.W.3d 700, 701 (Tex. App.—Amarillo 2007, orig. proceeding) (dismissing mandamus petition for lack of jurisdiction because relator sought relief against trial court in county not within court of appeals' district).

Accordingly, the petition for writ of mandamus is dismissed for lack of jurisdiction. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.

Do not publish. TEX. R. APP. P. 47.2(b).